Derrick L. WOOTEN, Sr., Appellant,

v.

STATE of Missouri, Respondent.

WD 77452

Missouri Court of Appeals,
Western District.

ORDER FILED: November 24, 2015

Laura Martin, Kansas City, MO, Counsel for Appellant.

Christine Lesicko, Jefferson City, MO, Counsel for Respondent.

Before Division Four: Alok Ahuja, Chief Judge Presiding, Thomas H. Newton, and James Edward Welsh, Judges

**ORDER**

Per Curiam:

Mr. Derrick L. Wooten, Sr. appeals from a judgment denying a post-conviction relief motion under Rule 24.035 following an evidentiary hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).